IN THE UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STANLEY BYCK, | CASE NO.: 912-CV-80039-KLR |
| Plaintiff, | JUDGE: KENNETH RYSKAMP |
| -v- | |
| AMERICAN EXPRESS FSB, TARGET NATIONAL BANK<br>Defendant | NOTICE OF DISMISSAL WITH PREJUDICE |

## NOTICE OF DISMISSAL OF PARTY IN INTEREST WITH PREJUDICE

**YOU ARE NOTIFIED** that the AMERICAN EXPRESS, FSB TARGET NATIONAL BANK ... ("Defendant"), as a party in interest, is dismissed from this action with prejudice and that the Defendant shall bear its own attorney fees and costs.

Respectfully submitted this 4th day of April, 2012.

**PLAINTIFF: STANLEY BYCK**   **DEFENDANT: AMERICAN EXPRESS FSB, TARGET NATIONAL BANK**

*By: S:Paul A. Herman*
**Paul Aaron Herman**
Paulh1956@aol.com
Paul A. Herman PA
20423 State Road 7
Suite F6-477
Boca Raton, FL 33498
561-236-8851
Fax: 451-3461

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_Paul A. Herman_

Paul A. Herman, Esq.
*Attorney for the Defendant*

## SERVICE LIST

**Charles Flick of Seipp & Flick**
**Two Alhambra Plaza**
**Suite 800**
**Miami, Florida 33134**
*Attorney for the Defendant*

**Drew Beinhaker**
**3475 Sheridan Street**
**Suite 305**
**Hollywood, Florida 33021**
*Attorney for the Defendant*