UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80039-RYSKAMP/VITUNAC

STANLEY BYCK,

    Plaintiff,

v.

TARGET NATIONAL BANK et al.,

    Defendants.
_____/

**ORDER DISMISSING DEFENDANT TARGET NATIONAL BANK WITH PREJUDICE**

**THIS CAUSE** comes before the Court on Plaintiff's notice of dismissal with prejudice **[DE 14]** of defendant Target National Bank filed on April 10, 2012.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that defendant Target National Bank is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 11 day of April, 2012.

                                            /s/ Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE